CECILIA FREEH, Also Known as CECILIA CHARLES, Respondent, v. SEAMEN'S BANK FOR SAVINGS, Respondent, and GRACE CHARLES, as Administratrix of the Estate of WILLIAM CHARLES, Deceased, Appellant.— Judgment affirmed, with

costs to the plaintiff, respondent. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.